

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

UNITED STATES                    CIVIL ACTION NO. 04-10019-02

VERSUS                           JUDGE DEE D. DRELL

JULIUS JACKSON                   MAGISTRATE JUDGE JAMES D. KIRK


## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Jackson's motion to vacate sentence (Doc. Item 139) is DENIED.

IT IS FURTHER ORDERED that Jackson's motion for an evidentiary hearing (Doc. Item 140) is DENIED as moot.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2½ day of August, 2008.


                              _____
                                      DEE D. DRELL
                              UNITED STATES DISTRICT JUDGE